THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kaya C. Henderson, Appellant.
 
 
 

Appeal From Greenville County
Wyatt T. Saunders,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-444
Submitted October 1, 2007  Filed October 9, 2007

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER
 CURIAM:  Kaya C. Henderson appeals her guilty pleas to
 possession of crack cocaine and one count of forgery.  She maintains her guilty
 plea was not intelligent and voluntary because the judge advised her of these
 rights in a cursory manner, failing to convey the importance of these rights,
 and thus not complying with  Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Hendersons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.